NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-0566-15T1

ROSENTHAL & ROSENTHAL, INC.,

 Plaintiff-Appellant,

v.

VANESSA BENUN, a/k/a VANESSA
BROOCHIAN and ELAN BROOCHIAN,

 Defendants,

and

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI, LLP,

 Defendant-Respondent.
_______________________________

 Submitted November 30, 2016 – Decided August 2, 2017

 Before Judges Fuentes and Simonelli.

 On appeal from Superior Court of New Jersey,
 Chancery Division, Monmouth County, Docket No.
 F-6301-12.

 McElroy Deutsch Mulvaney & Carpenter, LLP,
 attorneys for appellant (Joshua A. Zielinski
 and Peter Saad, of counsel and on the briefs;
 Andrew Gimigliano, on the briefs).

 Riker, Danzig, Scherer, Hyland & Perretti,
 LLP, respondent pro se (Nicholas Racioppi,
 Jr., of counsel; Matthew H. Lewis and Michael
 Crowley, on the brief).

PER CURIAM

 We have been advised that this matter has been amicably

adjusted and the parties have stipulated to the dismissal of this

appeal. Accordingly, the appeal is dismissed with prejudice and

without costs.

 2 a-0566-15T1